| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-34739 / MBK**

Berlinda Dawdy

Petition Filed Date: 12/18/2018
341 Hearing Date: 01/17/2019
Confirmation Date: 06/26/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2019 | $60.00 | 25514220600 | 02/05/2019 | $1,000.00 | 25514220598 | 03/01/2019 | $70.00 | 25519871046 |
| 03/01/2019 | $1,000.00 | 25519871035 | 04/02/2019 | $489.23 | 13538775 | 04/15/2019 | $489.23 | 13551144 |
| 04/29/2019 | $489.23 | 13563265 | 05/14/2019 | $489.23 | 13575285 | 05/29/2019 | $489.23 | 13589059 |
| 06/11/2019 | $489.23 | 13600993 | 06/25/2019 | $489.23 | 13613694 | 07/09/2019 | $489.23 | 13627845 |
| 07/22/2019 | $489.23 | 13640195 | 08/06/2019 | $489.23 | 13653495 | 08/19/2019 | $489.23 | 13664261 |
| 09/03/2019 | $489.23 | 13676126 | 09/17/2019 | $489.23 | 13686563 | 10/02/2019 | $489.23 | 13699208 |
| 10/16/2019 | $489.23 | 13713606 | 10/29/2019 | $489.23 | 13724648 | 11/13/2019 | $489.23 | 13736915 |
| 11/25/2019 | $489.23 | 13747400 | 12/10/2019 | $489.23 | 13760466 | 12/27/2019 | $489.23 | 13772421 |

**Total Receipts for the Period: $11,914.60   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,382.29**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Berlinda Dawdy | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEPHANIE RITIGSTEIN<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $4,750.00 | $0.00 |
| 1 | PSE&G | Unsecured Creditors | $981.04 | $0.00 | $981.04 |
| 2 | PERITUS PORTFOLIO SERVICES II/WOLLEMI ACCEPTANCE<br>»»  2016 GMC ACADIA/CRAM (PLAN)/SANTANDER | Debt Secured by Vehicle | $44,913.00 | $5,343.97 | $39,569.03 |
| 3 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $400.00 | $0.00 | $400.00 |
| 4 | NEW JERSEY AMERICAN WATER<br>»»  479 COTTONWOOD CT/ 4/2018-11/2018 | Unsecured Creditors | $607.80 | $0.00 | $607.80 |
| 5 | NEW JERSEY AMERICAN WATER<br>»»  479 COTTONWOOD/2017, 2/2018-3/2018, 12/5/18-12/1018 | Unsecured Creditors | $704.10 | $0.00 | $704.10 |
| 6 | JERSEY CENTRAL POWER & LIGHT | Unsecured Creditors | $923.91 | $0.00 | $923.91 |
| 7 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $634.36 | $0.00 | $634.36 |
| 8 | MIDLAND CREDIT  AS AGENT FOR<br>»»  NY&CO | Unsecured Creditors | $328.01 | $0.00 | $328.01 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»»  JCP | Unsecured Creditors | $440.52 | $0.00 | $440.52 |

| | | | | | |
|---|---|---|---|---|---|
| 10 | MIDLAND CREDIT  AS AGENT FOR<br>»»  VS | Unsecured Creditors | $538.67 | $0.00 | $538.67 |
| 11 | MIDLAND CREDIT  AS AGENT FOR<br>»»  MANDEE | Unsecured Creditors | $461.85 | $0.00 | $461.85 |
| 12 | M&T BANK<br>»»  P/479 COTTONWOOD COURT/1ST MTG/CHASE | Mortgage Arrears | $4,767.74 | $567.29 | $4,200.45 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/WALMART | Unsecured Creditors | $491.12 | $0.00 | $491.12 |
| 14 | THE POINTE O'WOODS TOWN HOME ASSOC, INC. | Secured Creditors | $4,659.01 | $554.35 | $4,104.66 |
| 15 | THE POINTE O'WOODS TOWN HOME ASSOC, INC. | Unsecured Creditors | $4,536.37 | $0.00 | $4,536.37 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY | Unsecured Creditors | $1,675.45 | $0.00 | $1,675.45 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,382.29 | Plan Balance: | $61,161.71 ** |
| Paid to Claims: | $11,215.61 | Current Monthly Payment: | $1,286.00 |
| Paid to Trustee: | $804.65 | Arrearages: | $2,460.32 |
| Funds on Hand: | $1,362.03 | Total Plan Base: | $74,544.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.