| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
Chapter 13 Case No. 18-34739 / MBK

Berlinda Dawdy

Petition Filed Date: 12/18/2018
341 Hearing Date: 01/17/2019
Confirmation Date: 06/26/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $489.23 | 13784762 | 01/22/2020 | $489.23 | 13790166 | 02/04/2020 | $489.23 | 13804201 |
| 02/19/2020 | $489.23 | 13818662 | 03/02/2020 | $489.23 | 13829562 | 03/19/2020 | $489.23 | 13844228 |
| 03/31/2020 | $489.23 | 13854324 | 04/14/2020 | $489.23 | 13861795 | 05/01/2020 | $489.23 | 13869928 |
| 05/12/2020 | $489.23 | 13875199 | 05/20/2020 | $278.00 | 26378867283 | 05/27/2020 | $489.23 | 13882547 |
| 06/12/2020 | $489.23 | 13890248 | 06/19/2020 | $138.00 | 26378873616 | 06/26/2020 | $489.23 | 13898508 |
| 07/07/2020 | $489.23 | 13905742 | 07/21/2020 | $489.23 | 13912093 | 08/04/2020 | $489.23 | 13919234 |
| 08/18/2020 | $619.39 | 13926955 | 08/28/2020 | $619.39 | 13933732 | 09/15/2020 | $619.39 | 13941608 |
| 09/29/2020 | $619.39 | 13948794 | 10/15/2020 | $619.39 | 13957863 | 10/27/2020 | $619.39 | 13964398 |
| 11/16/2020 | $619.39 | 13972027 | 11/25/2020 | $619.39 | 13978258 | 12/08/2020 | $619.39 | 13986551 |
| 01/05/2021 | $500.00 | 27026427104 | 01/07/2021 | $619.39 | 13993960 | 01/11/2021 | $619.39 | 14001982 |
| 01/25/2021 | $619.39 | 14009828 | 02/09/2021 | $619.39 | 14016624 | 02/17/2021 | $619.39 | 14025400 |

**Total Receipts for the Period:  $17,415.14    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $29,329.74**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Berlinda Dawdy | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEPHANIE RITIGSTEIN<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $4,750.00 | $0.00 |
| 1 | PSE&G | Unsecured Creditors | $981.04 | $0.00 | $981.04 |
| 2 | PERITUS PORTFOLIO SERVICES II/WOLLEMI ACCEPTANCE<br>»»  2016 GMC ACADIA/CRAM (PLAN)/SANTANDER | Debt Secured by Vehicle | $44,913.00 | $15,790.74 | $29,122.26 |
| 3 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $400.00 | $0.00 | $400.00 |
| 4 | NEW JERSEY AMERICAN WATER<br>»»  479 COTTONWOOD CT/ 4/2018-11/2018 | Unsecured Creditors | $607.80 | $0.00 | $607.80 |
| 5 | NEW JERSEY AMERICAN WATER<br>»»  479 COTTONWOOD/2017, 2/2018-3/2018, 12/5/18-12/1018 | Unsecured Creditors | $704.10 | $0.00 | $704.10 |
| 6 | JERSEY CENTRAL POWER & LIGHT | Unsecured Creditors | $923.91 | $0.00 | $923.91 |
| 7 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $634.36 | $0.00 | $634.36 |
| 8 | MIDLAND CREDIT  AS AGENT FOR<br>»»  NY&CO | Unsecured Creditors | $328.01 | $0.00 | $328.01 |

**Chapter 13 Case No. 18-34739 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 9 | MIDLAND CREDIT AS AGENT FOR<br>»» JCP | Unsecured Creditors | $440.52 | $0.00 | $440.52 |
| 10 | MIDLAND CREDIT AS AGENT FOR<br>»» VS | Unsecured Creditors | $538.67 | $0.00 | $538.67 |
| 11 | MIDLAND CREDIT AS AGENT FOR<br>»» MANDEE | Unsecured Creditors | $461.85 | $0.00 | $461.85 |
| 12 | M&T BANK<br>»» P/479 COTTONWOOD COURT/1ST MTG/CHAS | Mortgage Arrears | $4,767.74 | $1,676.27 | $3,091.47 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/WALMART | Unsecured Creditors | $491.12 | $0.00 | $491.12 |
| 14 | THE POINTE O'WOODS TOWN HOME ASSOC, INC | Secured Creditors | $4,659.01 | $1,638.02 | $3,020.99 |
| 15 | THE POINTE O'WOODS TOWN HOME ASSOC, INC | Unsecured Creditors | $4,536.37 | $0.00 | $4,536.37 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY | Unsecured Creditors | $1,675.45 | $0.00 | $1,675.45 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,329.74 | Plan Balance: | $45,179.26 ** |
| Paid to Claims: | $23,855.03 | Current Monthly Payment: | $1,286.00 |
| Paid to Trustee: | $2,097.16 | Arrearages: | $1,944.87 |
| Funds on Hand: | $3,377.55 | Total Plan Base: | $74,509.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.