Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

............District Of BYk `>YfgYm

In re  Berlinda Dawdy              ,        Case No.  18-34739

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  14  (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on            4/2/2021            .

| The Pointe O'Woods Town Home Association, Inc. | The Pointe O'Woods Town Home Association |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:
c/o Melissa A. Volet, Esquire
Stark & Stark
PO Box 5315
Princeton, NJ 08543-5315

Address of Transferee:
c/o McGovern Legal Services, LLC
850 Carolier Lane
No. Brunswick, NJ 08902

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 4/5/2021                                    Jeanne A. Naughton
                                                  **CLERK OF THE COURT**