| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee<br>PO Box 4853<br>Trenton, NJ  08650-4853 | Albert Russo, Trustee<br>PO Box 933<br>Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 18-34739 / MBK**

Berlinda Dawdy

Petition Filed Date: 12/18/2018
341 Hearing Date: 01/17/2019
Confirmation Date: 06/26/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2021 | $500.00 | 27026427104 | 01/07/2021 | $619.39 | 13993960 | 01/11/2021 | $619.39 | 14001982 |
| 01/25/2021 | $619.39 | 14009828 | 02/09/2021 | $619.39 | 14016624 | 02/17/2021 | $619.39 | 14025400 |
| 03/16/2021 | $619.39 | 14033472 | 03/17/2021 | $619.39 | 14041958 | 03/29/2021 | $500.00 | 27207638357 |
| 03/30/2021 | $619.39 | 14051039 | 04/09/2021 | $619.39 | 14059737 | 04/27/2021 | $619.39 | 14068123 |
| 05/11/2021 | $619.39 | 14076306 | 05/26/2021 | $619.39 | 14086122 | 06/08/2021 | $619.39 | 14093280 |
| 06/23/2021 | $619.39 | 14100400 | 07/07/2021 | $619.39 | 14109329 | 07/20/2021 | $619.39 | 14117430 |
| 08/03/2021 | $619.39 | 14127480 | 08/17/2021 | $619.39 | 14136246 | 08/31/2021 | $619.39 | 14144657 |
| 09/14/2021 | $619.39 | 14152325 | 09/29/2021 | $619.39 | 14160467 | 10/18/2021 | $619.39 | 14169016 |
| 10/26/2021 | $619.39 | 14177678 | 11/09/2021 | $619.39 | 14186567 | 11/23/2021 | $619.39 | 14194529 |
| 12/16/2021 | $619.39 | 14203437 | 12/21/2021 | $619.39 | 14212325 | 01/04/2022 | $619.39 | 14220947 |
| 01/19/2022 | $619.39 | 14226539 | | | | | | |

**Total Receipts for the Period:  $18,962.31    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $44,695.10**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Berlinda Dawdy | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEPHANIE RITIGSTEIN<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $4,750.00 | $0.00 |
| 1 | PSE&G | Unsecured Creditors | $981.04 | $0.00 | $981.04 |
| 2 | PERITUS PORTFOLIO SERVICES II/WOLLEMI ACCEPTANCE<br>»»  2016 GMC ACADIA/CRAM (PLAN)/SANTANDER | Debt Secured by Vehicle | $44,913.00 | $29,382.25 | $15,530.75 |
| 3 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $400.00 | $0.00 | $400.00 |
| 4 | NEW JERSEY AMERICAN WATER<br>»»  479 COTTONWOOD CT/ 4/2018-11/2018 | Unsecured Creditors | $607.80 | $0.00 | $607.80 |
| 5 | NEW JERSEY AMERICAN WATER<br>»»  479 COTTONWOOD/2017, 2/2018-3/2018, 12/5/18-12/1018 | Unsecured Creditors | $704.10 | $0.00 | $704.10 |
| 6 | JERSEY CENTRAL POWER & LIGHT | Unsecured Creditors | $923.91 | $0.00 | $923.91 |
| 7 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $634.36 | $0.00 | $634.36 |
| 8 | MIDLAND CREDIT  AS AGENT FOR<br>»»  NY&CO | Unsecured Creditors | $328.01 | $0.00 | $328.01 |

**Chapter 13 Case No. 18-34739 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 9 | MIDLAND CREDIT AS AGENT FOR »» JCP | Unsecured Creditors | $440.52 | $0.00 | $440.52 |
| 10 | MIDLAND CREDIT AS AGENT FOR »» VS | Unsecured Creditors | $538.67 | $0.00 | $538.67 |
| 11 | MIDLAND CREDIT AS AGENT FOR »» MANDEE | Unsecured Creditors | $461.85 | $0.00 | $461.85 |
| 12 | M&T BANK »» P/479 COTTONWOOD COURT/1ST MTG/CHAS | Mortgage Arrears | $4,767.74 | $3,119.06 | $1,648.68 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» SYNCHRONY/WALMART | Unsecured Creditors | $491.12 | $0.00 | $491.12 |
| 14 | POINTE O'WOODS TOWN HOME ASSOC. INC. | Secured Creditors | $4,659.01 | $3,047.92 | $1,611.09 |
| 15 | POINTE O'WOODS TOWN HOME ASSOC. INC. | Unsecured Creditors | $4,536.37 | $0.00 | $4,536.37 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» SYNCHRONY | Unsecured Creditors | $1,675.45 | $0.00 | $1,675.45 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,695.10 | Plan Balance: | $29,813.90 ** |
| Paid to Claims: | $40,299.23 | Current Monthly Payment: | $1,286.00 |
| Paid to Trustee: | $3,261.15 | Arrearages: | $2,011.51 |
| Funds on Hand: | $1,134.72 | Total Plan Base: | $74,509.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.