Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−34739−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Berlinda Dawdy
  aka Dorvil Berline
  479 Cottonwood Court
  Howell, NJ 07731

Social Security No.:
  xxx−xx−4624

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/11/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: May 11, 2023
JAN: ghm

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 18-34739-MBK

Berlinda Dawdy                                                                                   Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: May 11, 2023 | Form ID: 148 | Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Berlinda Dawdy, 479 Cottonwood Court, Howell, NJ 07731-3063 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, PHELAN HALLINAN DIAMOND & JONES, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | | Pointe O'Woods Town Home Association, Inc., c/o Melissa A. Volet, Esquire, PO Box 5315, PRINCETON, NJ 08543-5315 |
| 517927537 | + | ACCU Reference Medical Laboratory, 1901 East Linden Avenue, Suite 4, Linden, NJ 07036-1195 |
| 517927540 | | Amr Mid Atlantic, PO Box 409880, Atlanta, GA 30384-9880 |
| 517927543 | + | Collexx, Inc., PO Box 679, Long Valley, NJ 07853-0679 |
| 517927546 | + | Georgian Court University, Office of the Bursar, 900 Lakewood Avenue, Lakewood, NJ 08701-2600 |
| 517927548 | + | Myriad Emergency Physicians, LLC, PO box 80137, Philadelphia, PA 19101-1137 |
| 517927552 | | NJ Certified Dermatology, PC, PO Box 826981, Howell, NJ 07731-3063 |
| 517963409 | + | NJ Natural Gas, 1415 Wykoff Rd.-POB 1378, Wall, NJ 07719-1378 |
| 517927553 | | NJ Natural Gas Co, PO Box 11743, Newark, NJ 07101-4743 |
| 517927549 | | New Jersey American Water, Box 371331, Pittsburgh, PA 15250-7331 |
| 517927551 | | New Jersey Natural Gas Co., PO Box 11743, Newark, NJ 07101-4743 |
| 517927555 | | Point of Woods, 1 Blue Jay Court, Newark, NJ 08824 |
| 518035774 | | The Pointe O'Woods Town Home Association, Inc., c/o Melissa A. Volet, Esquire, Stark & Stark, A Professional Corporation, PO Box 5315 Princeton, NJ 08543-5315 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 11 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517927538 | | Email/Text: amscbankruptcy@adt.com | May 11 2023 20:39:00 | ADT Security Services, PO Box 650485, Dallas, TX 75265-0485 |
| 517927539 | + | Email/Text: bankruptcydepartment@tsico.com | May 11 2023 20:39:00 | Advanced Orthopedicas And, c/o Transworld Systems, Inc., 507 Prudential Rd, Horsham, PA 19044-2308 |
| 517984222 | + | Email/Text: csc.bankruptcy@amwater.com | May 11 2023 20:39:00 | American Water, POB 578, Alton, IL 62002-0578 |
| 517927541 | | EDI: CAPITALONE.COM | May 12 2023 00:25:00 | Capital One Bank USA N.A, PO Box 6492, Carol Stream, IL 60197-6492 |
| 517982142 | | Email/PDF: bncnotices@becket-lee.com | May 11 2023 20:51:22 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517927544 | | EDI: DISCOVER.COM | May 12 2023 00:25:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |

Case 18-34739-MBK    Doc 58    Filed 05/13/23    Entered 05/14/23 00:14:38    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: 148 | Total Noticed: 42 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517927545 | | Email/Text: bknotice@ercbpo.com | May 11 2023 20:38:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 517927547 | | Email/Text: BankruptcyEast@firstenergycorp.com | May 11 2023 20:38:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 517927542 | | EDI: JPMORGANCHASE | May 12 2023 00:25:00 | Chase, PO Box 15153, Wilmington, DE 19850 |
| 518033802 | | EDI: JPMORGANCHASE | May 12 2023 00:25:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 518009683 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 11 2023 20:38:00 | Jersey Central Power & Light/First Energy, 101 Crawford's Corner Rd. Bldg. 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 518372606 | | Email/Text: camanagement@mtb.com | May 11 2023 20:38:00 | M&T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0810 |
| 518372607 | | Email/Text: camanagement@mtb.com | May 11 2023 20:38:00 | M&T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0810, M&T Bank, Bankruptcy Department |
| 518016417 | + | Email/Text: bankruptcydpt@mcmcg.com | May 11 2023 20:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517927554 | | Email/Text: bcwrtoff@cablevision.com | May 11 2023 20:39:00 | Optimum, 1111 Stewart Avenue, Bethpage, NY 11714-3581 |
| 518519235 | | Email/Text: peritus@ebn.phinsolutions.com | May 11 2023 20:39:00 | PERITUS PORTFOLIO SERVICES II, LLC/Wollemi Acquisi, PO BOX 141419, Irving, Tx 75014-1419 |
| 518519236 | | Email/Text: peritus@ebn.phinsolutions.com | May 11 2023 20:39:00 | PERITUS PORTFOLIO SERVICES II, LLC/Wollemi Acquisi, PO BOX 141419, Irving, Tx 75014-1419, PERITUS PORTFOLIO SERVICES II, LLC/Wolle, PO BOX 141419, Irving, Tx 75014-1419 |
| 518040952 | | EDI: PRA.COM | May 12 2023 00:25:00 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518034024 | | EDI: PRA.COM | May 12 2023 00:25:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 517927557 | | Email/Text: enotifications@santanderconsumerusa.com | May 11 2023 20:38:00 | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 517975878 | + | Email/Text: enotifications@santanderconsumerusa.com | May 11 2023 20:38:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 517928309 | + | EDI: RMSC.COM | May 12 2023 00:25:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517927558 | | EDI: WTRRNBANK.COM | May 12 2023 00:25:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 517927559 | | EDI: RMSC.COM | May 12 2023 00:25:00 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517927550 | * | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 517927556 | ##+ | Santander, Card Services Processing, PO Box 12768, Reading, PA 19612-2768 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

Case 18-34739-MBK    Doc 58    Filed 05/13/23    Entered 05/14/23 00:14:38    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: 148 | Total Noticed: 42 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Christopher Anthony Lugara | on behalf of Creditor Pointe O'Woods Town Home Association  Inc. clugara@cutolobarros.com |
| Jeffrey E. Jenkins | on behalf of Debtor Berlinda Dawdy mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Kevin Gordon McDonald | on behalf of Creditor Lakeview Loan Servicing LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Melissa A Volet, I | on behalf of Creditor Pointe O'Woods Town Home Association  Inc. mvolet@stark-stark.com |
| Melissa N. Licker | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Stephanie F. Ritigstein | on behalf of Debtor Berlinda Dawdy mail@jenkinsclayman.com  kevin@jenkinsclayman.com |
| Tiffany L Byczkowski | on behalf of Creditor Pointe O'Woods Town Home Association  Inc. collections@theassociationlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11