| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on May 11, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Berlinda Dawdy<br><br><br><br>Debtor(s) | Case No.: 18-34739 / MBK<br><br>Chapter 13<br><br>Hearing Date: 05/10/2023  at 9:00 AM<br><br>Judge: Michael B. Kaplan |

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 11, 2023**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 18-34739-MBK
Berlinda Dawdy                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                 User: admin                                Page 1 of 2
Date Rcvd: May 11, 2023              Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

**Recip ID        Recipient Name and Address**
db             +  Berlinda Dawdy, 479 Cottonwood Court, Howell, NJ 07731-3063

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023                       Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

**Name**                        **Email Address**
Albert Russo
                                on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                                docs@russotrustee.com

Brian C. Nicholas
                                on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Christopher Anthony Lugara
                                on behalf of Creditor Pointe O'Woods Town Home Association Inc. clugara@cutolobarros.com

Jeffrey E. Jenkins
                                on behalf of Debtor Berlinda Dawdy mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Kevin Gordon McDonald
                                on behalf of Creditor Lakeview Loan Servicing LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Melissa A Volet, I
    on behalf of Creditor Pointe O'Woods Town Home Association  Inc. mvolet@stark-stark.com

Melissa N. Licker
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Stephanie F. Ritigstein
    on behalf of Debtor Berlinda Dawdy mail@jenkinsclayman.com  kevin@jenkinsclayman.com

Tiffany L Byczkowski
    on behalf of Creditor Pointe O'Woods Town Home Association  Inc. collections@theassociationlawyers.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11